UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Woodie Lamont Herring**                    **Docket No. 5:18-CR-104-1D**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Woodie Lamont Herring, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 20, 2018, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Woodie Lamont Herring was released from custody on October 17, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 23, 2025, the defendant submitted a positive urinalysis for marijuana. When confronted, he admitted to using marijuana and signed an admission of use form. The defendant was verbally reprimanded for his substance use and cognitive interventions were utilized to address criminogenic thinking. It is recommended that a drug treatment condition be added to the defendant's conditions of supervision to address his substance use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Mark Culp                             /s/ Cierra M. Wallace
Mark Culp                                 Cierra M. Wallace
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 910-679-2034
                                          Executed On: November 12, 2025

## ORDER OF THE COURT

Considered and ordered this ____ *12* ____ day of ___ November ___, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge